# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ESTHER CARABALLO-RIVERA

    Plaintiff(s)

  vs.

DON QUIJOTE PIZZA

    Defendant(s)

Civil Case No. 16-2794 (ADC)

**JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on March 28, 2017.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 3rd day of April, 2017.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: s/Sarah V. Ramón
      Sarah V. Ramón, Deputy Clerk